UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| CHEEMA'S SUPERMARKET | ) ) ) | |
| Plaintiff. | ) ) | |
| v. | ) ) | Civil Action No. 17-10055-JGD |
| UNITED STATES DEPARTMENT OF AGRICULTURE, | ) ) ) ) | |
| Defendant. | ) ) ) | |

## JOINT STATUS REPORT AND MOTION TO AMEND THE SCHEDULING ORDER

NOW COME the parties, Cheema's Supermarket, and the United States Department of Agriculture ("USDA"), by and through their respective counsel, and jointly submit this Status Report and Motion to Amend the Scheduling Order as follows:

1. This action seeks judicial review of the Final Agency Decision of the USDA disqualifying Cheema's Supermarket from the Supplemental Nutritional Assistance Program ("SNAP"). Cheema's Supermarket's initially filed a complaint on July 21, 2016 in the First Circuit Court of Appeals, which transferred the case to this Court on January 5, 2017.

2. On May 25, 2017, Plaintiff filed an Amended Complaint (Document No. 16).

3. That same day, the Court entered an order stating that, "Defendant will file its response to the Amended Complaint within 60 days of service. Motions for summary judgment will be filed four months after the filing of the Amended Complaint, with any discovery to be completed during this period." (Document No. 17, electronic order dated May 25, 2017).

4.      On or about June 12, 2017, the undersigned Assistant U.S. Attorney assumed representation of the Defendant from former Assistant U.S. Attorney Shelbey D. Wright, who had been handling the case.

5.      Plaintiff did not serve its Amended Complaint until on or about July 21, 2017, making Defendant's response due September 19, 2017, according to the Court's Scheduling Order.

6.      Upon review of the Amended Complaint, the undersigned Assistant U.S. Attorney contacted Plaintiff's counsel pursuant to Local Rule 7.1 to discuss Defendant's intended motion to dismiss for failure to state claim and/or motion for more definite statement.  In order to promote efficiency and avoid unnecessary motion practice, counsel have agreed that Plaintiff will further amend its complaint to address any alleged deficiencies in its pleading.

7.      As such, the parties jointly propose the following schedule and respectfully request that the Court's Scheduling Order (Document No. 17) be so amended:

- Plaintiff will file its Amended Complaint by Aug. 25, 2017;
- Defendant will respond to the Amended Complaint by Sept. 19, 2017, and file the Administrative Record at that time; and
- Within 10 days of filing the Administrative Record, the parties will file a joint status report regarding whether or not discovery will be necessary and, if so, a proposed schedule for discovery;
- If it is determined that discovery is not necessary, the parties jointly propose the following briefing schedule:
    - Defendant will file it motion for summary judgment by October 31, 2017;
    - Plaintiff will file its opposition to summary judgment by November 30, 2017; and
    - Defendant will file its reply brief, if any, by December 14, 2017.

Respectfully submitted,

| CHEEMA'S SUPERMARKET | WILLIAM D. WEINREB |
| --- | --- |
| Plaintiff | Acting United States Attorney |
| By: */s/ John R. Bita III* | By: */s/ Jessica P. Driscoll* |
| John R. Bita III, Esq. | Jessica P. Driscoll, BBO No. 655394 |
| 35 India Street - Third Floor | Assistant United States Attorney |
| Boston, MA 02210 | United States Attorney's Office |
| Tel: (617) 538-5407 | John Joseph Moakley U.S. Courthouse |
| Fax: (888) 201-8530 | 1 Courthouse Way, Suite 9200 |
| jrb@bitalaw.com | Boston, MA 02210 |
| | (617) 748-3398 |
| | Jessica.Driscoll@usdoj.gov |

**Local Rule 7.1 Certificate**

I hereby certify that this status report and motion is being filed jointly on behalf of all parties.

*/s/ Jessica P. Driscoll*
Jessica P. Driscoll
Date: August 15, 2017              Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Jessica P. Driscoll*
Jessica P. Driscoll
Date: August 15, 2017              Assistant United States Attorney