UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CHEEMA'S SUPERMARKET,            )
                                )
            Plaintiff,           )
    v.                           )          CIVIL ACTION
                                 )          NO.  17-10055-JGD
U.S.D.A.,                        )
                                 )
            Defendant.           )

## **SCHEDULING ORDER**

Following the scheduling conference held on January 11, 2018 in accordance with Fed.

R. Civ. P. 16(a) it is hereby ORDERED as follows:

1.      As part of any L.R. 7.1 consultation in connection with any issue to be brought to

the court's attention, the parties shall discuss and try to reach an agreement as to the

appropriate way to bring the dispute to the attention of the court, including whether full

briefing and/or in-person oral argument is necessary.  The parties shall notify the court of their

proposal as to how best to proceed.

2.      The next status conference is scheduled for **March 2, 2018 at 10:15 a.m.** in

Courtroom #15 on the 5th floor.  By that time, all discovery disputes must be resolved and the

parties shall be prepared to discuss:

        (a)     the status of the case;
        (b)     scheduling for the remainder of the case through trial; and
        (c)     use of alternative dispute resolution programs.

3.      The parties shall submit a brief joint statement no later than three (3) business days before the conference addressing the issues itemized in paragraph 2 above.  With respect to the use of ADR, the parties shall indicate whether an agreement has been reached, but shall not identify their respective positions.

/ s / Judith Gail Dein                                   
Judith Gail Dein
United States Magistrate Judge

DATED:  January 11, 2018